MINUTE ENTRY
MILAZZO, J
December 17, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOKE RAMOS ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6573** |
| **FAMOUS BOURBON MANAGEMENT GROUP, INC., ET AL.** | **SECTION: "H"** |

## TRIAL PREPARATION AND PROCEDURES (NON-JURY)

Pursuant to the pretrial conference in this matter held December 17, 2019:

**IT IS ORDERED THAT:**

1. Non-jury trial of this matter shall commence on, **JANUARY 13, 2020** at 8:30 a.m.  Estimated length of trial is five (5) days.  Counsel should be present at 8:15 a.m. in the event that there remain any issues that must be addressed before trial begins.

2.  On or before **JANUARY 8, 2020**, the parties shall electronically file final witness lists.  The list shall identify the witnesses whom the party intends to call at trial in its case in chief.  The party who lists these witnesses shall make them available to all other parties, regardless of whether the listing party actually calls the witness.  Any witness not listed shall not be permitted to testify, except for rebuttal witnesses.  No witnesses may be listed unless counsel has complied with all of the Court's previous orders regarding identification of witnesses.

3.  The parties shall meet face-to-face to discuss any objections to exhibits specified in the pre-trial order.  Objections that were not raised in the pretrial order will be considered waived except for good cause shown.  On or before **JANUARY 8, 2020**, the parties shall deliver to chambers two tabbed-bench books of exhibits, with a corresponding exhibit list.  To the extent practicable, the parties should attempt to combine the exhibits in one joint bench book.  In the event the parties determine that the exhibit list is particularly voluminous, a conference with the Court should be requested to determine if the exhibits should be delivered in thumb drive format in lieu of hard copies.  The bench book shall delineate those exhibits that are submitted without objection and those to which an objection has been lodged.  Objected-to exhibits shall be placed in a separate section at the front of the bench book.  The party objecting to an exhibit shall provide the basis for the objection using the format identified as Sample 1, attached hereto.  If counsel wishes to display exhibits, counsel should be properly versed in the courtroom's evidence presentation equipment. Counsel shall contact the case manager at (504) 589-7695 to schedule a brief training session on the use of electronic equipment.

4.  Absent a showing of good cause, no deposition testimony will be received in a party's case in chief unless it is identified in the Pretrial Order.  Additionally, the parties shall, prior to trial, meet and agree as to the elimination of all irrelevant and repetitive matter and all colloquy between counsel.  The parties shall, in good faith, attempt to resolve all objections to testimony so that the Court will be required to rule only on those objections to which they cannot reach an agreement as to their merit.

The parties shall provide to the Court two copies of all proposed deposition testimony on or before **JANUARY 8, 2020**.  Any objection not resolved prior to the trial shall be presented to the Court at that time in the format identified in Sample 2.  Proponents and opponents shall reference supporting authority as to the proposed testimony as shown in Sample 2.

5.  The parties shall electronically file and submit to chambers two copies of suggested findings of fact and conclusions of law on or before **JANUARY 6, 2020**.

The proposed findings of fact shall be supported by references to specific evidence, such as exhibit numbers or names of witnesses.  In the case of deposition testimony, the parties shall cite to the specific line and page.  Conclusions of law shall be supported by relevant case authority.

6.    Each trial day after the first will begin at 8:30 a.m. and conclude at 5:00 p.m.  There will be a one hour break for lunch and a fifteen (15) minute break in the morning and in the afternoon.

7.    Counsel will stand when they address the Court, make objections, or examine witnesses.  When making an objection, counsel will state the relevant rule and the basis for the objection.

8.  There will be no opening statements.

9. The Court adopts the Proposed Pre-trial Order (Doc. 96) filed by the parties in full except to the extent modified herein.

10. The Court **GRANTS** Defendant Guy Olano, III's Motion for Summary Judgment (Doc. 49), and he is hereby **DISMISSED WITH PREJUDICE**. Reasons to follow.

11. The Court **GRANTS IN PART** Plaintiffs' Motion for Partial Summary Judgment (Doc. 46). The Court finds that Defendants Guy Olano, Jr., Joseph Ascani, and Famous Bourbon Management Group are joint employers. The Court **DENIES** the Motion in all other respects. Reasons to follow.

12. The Court **DEFERS** ruling on Plaintiffs' Motion in Limine to Exclude Evidence/Testimony (Doc. 47) until the Trial of this matter.

13. The Court **DEFERS** ruling on Plaintiffs' Motion in Limine to Exclude Evidence/Testimony (Doc. 78) until the Trial of this matter.

14. The Court **GRANTS IN PART** Plaintiffs' Motion to Strike Undisclosed Witnesses and Unpled Defenses (Doc. 81). Milena Perkins will not be permitted to testify at trial. The Court **DEFERS** the remainder of the Motion until the Trial of this mater.

If needed during trial, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale

Boggs Federal Building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services. Details and information on these services including conference room reservations can be found at http://nofaba.org or by contacting the Executive Director at 504-589-7799 or fbaneworleans@gmail.com.



(JS 10:82)

5

## Joint Exhibits

| Exhibit no. | Description | | |
|---|---|---|---|
| J-1 | Acme Corp. First Report of Injury | | |

## Plaintiff's Exhibits

| Exhibit no. | Description | Objection | Response |
|---|---|---|---|
| P-1 | Medical Records - Ochsner | Hearsay | FRE 803(4) |
| P-2 | Medical Bills of Plaintiff | Authenticity | Plaintiff will authenticate |

## Defendant's Exhibits

| Exhibit no. | Description | Objection | Response |
|---|---|---|---|
| D-1 | Safety meeting minutes | Hearsay | FRE 803(6) |
| D-2 | | | |

Sample 1